# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE HONORABLE WILLIAM S. POTTER, EIGHTH JUDICIAL DISTRICT COURT, DEPT. M, CLARK COUNTY, STATE OF NEVADA.

No. 74527

FILED

JAN 25 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on November 22, 2017, with the filing of a certified copy of the Certified Findings of Fact, Conclusions of Law and Imposition of Discipline. *See* Procedural Rules of the Nevada Commission on Judicial Discipline (PRJDC), Rule 28(2) (upon the filing of adoption and filing of a decision, the commission must file a certified copy of the decision with the clerk of the Supreme Court). Respondent did not subsequently file a notice of appeal with the clerk of the commission. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:    Nevada Commission on Judicial Discipline
       William B. Terry, Chartered

18-03673